# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** September 28, 2023

**CASE OF:** IN RE: AMENDMENTS TO RULES REGULATING THE FLORIDA BAR - CHAPTERS 3 AND 14

**DOCKET NO.:** SC2022-1293

**OPINION FILED:** September 7, 2023

## ATTENTION: ALL PUBLISHERS

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 35, line 28, removed the strikethrough from the letter "o" in "only" within the second sentence of the paragraph.

On p. 57, line 30, placed a strikethrough over the space after "petition" within the sixth sentence of the paragraph.

**SIGNED: OPINION CLERK**